UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES C. OSBORNE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRUCE DAMMEIER, et al.,<br><br>　　　　　　Defendants. | CASE NO. 3:17-cv-06047-BHS-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: APRIL 20, 2018 |

　　　This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

　　　On January 26, 2018, the Court screened plaintiff James C. Osborne's complaint and found it deficient. Dkt. 7. The Court ordered plaintiff to correct the deficiencies by March 2, 2018. *Id*. The Court warned plaintiff that failure to either file an amended complaint or otherwise address the deficiencies identified in the order would result in the Court recommending that plaintiff's action be dismissed. *Id*. at 5. It has now been almost a month since plaintiff's amended

1    complaint was due and plaintiff has not yet filed an amended complaint or any other pleading
2    with the Court. *See* Dkt.
3        Therefore, because plaintiff has failed to obey the Court's order and prosecute his case,
4    the Court recommends this action be dismissed without prejudice.
5        Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
6    fourteen (14) days from service of this Report to file written objections.  *See also* Fed. R. Civ. P.
7    6.  Failure to file objections will result in a waiver of those objections for purposes of *de novo*
8    review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver
9    of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
10   *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
11   imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **April 20,**
12   **2018** as noted in the caption.
13       Dated this 2nd day of April, 2018.

J. Richard Creatura
United States Magistrate Judge