UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES CALVEN OSBORNE,<br><br>                Plaintiff,<br><br>    v.<br><br>BRUCE DAMMEIER, et al.,<br><br>                Defendants. | CASE NO. C17-6047 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 8. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff's action is **DISMISSED without prejudice** for failure to prosecute.

Dated this 3rd day of July, 2018.

                                                    BENJAMIN H. SETTLE
                                                    United States District Judge